AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05 - 468__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __2__ COPIES OF AO FORM 85.

__JUL 0 6 2005__     __Julie Erhart__
(Date forms issued)     (Signature of Party or their Representative)

__Julie Erhart__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action