AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Ronesha Davidson, as Administrator
of the Estate of Ronald Peoples

**SUMMONS IN A CIVIL CASE**

V.

Harrington Raceway, Inc., a
Delaware Corporation, d/b/a
Midway Slots and Simulcast
  and
Gaming Entertainment (Delaware)
L.L.C., a Delaware Limited
Liability Company

CASE NUMBER: 05-468

TO: (Name and address of Defendant)

Gaming Entertainment (Delaware), L.L.C
c/o Registered Agent Corporation Trust
Company
1209 Orange Street, Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William W. Erhart
800 King Street, Suite 302
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK: Monica Mosley

(By) DEPUTY CLERK

DATE 7/11/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/12/05 |
| NAME OF SERVER (PRINT) Patricia Chamberlain | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1209 Orange St, Wilmington DE 19801
Brian Penrod CT Corporation

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/05
Date

Signature of Server: Patricia Chamberlain

Address of Server: 800 N. King St. Suite 302
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.