AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

Ronesha Davidson, as Administrator
of the Estate of Ronald Peoples

**SUMMONS IN A CIVIL CASE**

V.

Harrington Raceway, Inc., a
Delaware Corporation, d/b/a
Midway Slots and Simulcast, a
Delaware Corporation
    and
Gaming Entertainment (Delaware),
L.L.C., a Delware Limited Liability
Company

CASE NUMBER: 05 - 468

TO: (Name and address of Defendant)

Harrington Raceway, Inc. d/b/a/ Midway Slots and Simulcast
15 West Rider Road, Harrington, DE 19952

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William W. Erhart
800 King Street, Suite 302
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _Monica Mosley_

(By) DEPUTY CLERK

7/11/05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 7/20/05  11:20 AM |
| NAME OF SERVER (PRINT) FREDERICK C TATE | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **15 West Rider Road, Harrington DE**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **Patti Key**

☐ Returned unexecuted: _N/A_

☐ Other (specify): _N/A_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 35.00 | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **7-20-05**   *Frederick C Tate*
Date                          Signature of Server

**663 Milford Neck Road**
Address of Server
**Milford De 19963**

x *Patti Key*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.