# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-CV-00468-UNA |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

TO:   Clerk of the Court
      United States District Court-Delaware
      Caleb Boggs Federal Building
      844 N. King Street
      Wilmington, DE 19899

PLEASE ENTER THE APPEARANCE of Michael K. Tighe, Esquire of Tighe, Cottrell & Logan, P.A., as attorney for Defendant Gaming Entertainment. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant. The Defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

**TIGHE, COTTRELL & LOGAN, P.A.**

  /s/   Michael K. Tighe
Michael K. Tighe, DE ID #29
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE  19899-1031
(302) 658-6400

DATED:  August 9, 2005