## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-CV-00468-UNA |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, MATTHEW S. LINDAEUR, ESQUIRE, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served, by Lexis Nexis e-file, on this 9TH day of August 2005 upon the following:

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington, DE 19801-3544

**TIGHE, COTTRELL & LOGAN, P.A.**

  /s/ Matthew S. Lindaeur
Michael K. Tighe (DE I.D.# 29)
Matthew S. Lindaeur (DE I.D. #4571)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400