**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as | : | |
| Administrator of the Estate of | : | |
| Ronald Peoples | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-CV-00468-UNA |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Harrington Raceway, Inc. a Delaware | : | |
| Corporation, d/b/a/ Midway Slots and | : | |
| Simulcast, a Delaware Corporation | : | |
| and Gaming Entertainment | : | |
| (Delaware), L.L.C., a Delaware Limited | : | |
| Liability Company | : | |
| | : | |
| Defendants. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, MICHAEL K. TIGHE, ESQUIRE, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served electronically, this 9th day of September, 2005 upon the following:

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington, DE 19801-3544

**TIGHE, COTTRELL & LOGAN, P.A.**

/s/ Michael K. Tighe
Michael K. Tighe (DE I.D.# 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400