IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as | : | |
| Administrator of the Estate of | : | |
| Ronald Peoples | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-CV-00468-UNA |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Harrington Raceway, Inc. a Delaware | : | |
| Corporation, d/b/a/ Midway Slots and | : | |
| Simulcast, a Delaware Corporation | : | |
| and Gaming Entertainment | : | |
| (Delaware), L.L.C., a Delaware Limited | : | |
| Liability Company | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, MICHAEL K. TIGHE, ESQUIRE, hereby certify that a true and correct copy of the foregoing Answer of the Defendant, Harrington Raceway, Inc. was served by electronic mail, this 21st day of September 2005, upon the following:

William W. Erhart
800 King Street, Suite 302
P.O. Box 234
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

   /s/ Michael K. Tighe
Michael K. Tighe (DE I.D. # 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
Attorney for Defendants