**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-CV-00468-UNA |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

_____I, Michael K. Tighe, Esquire, do hereby certify that two true and correct copies of the attached *Defendant's Motion for Leave to Serve Summons an Third-Party Complaint* were served on this 28th day of September, 2005, by electronic mail, on the following:

> William W. Erhart
> 800 King Street, Suite 302
> Wilmington, DE 19801

TIGHE, COTTRELL & LOGAN

/s/ Michael K. Tighe
Michael K. Tighe (DE I.D. # 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400