IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : | |
| Plaintiff, | : | C.A. No. 05-CV-00468-UNA |
| v. | : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : | |
| Defendants, | : | **ORDER PERMITTING JOINDER OF THIRD-PARTY DEFENDANT** |
| Gaming Entertainment, L.L.C., a Delaware Limited Liability Company | : | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| Greg Dale | : | |
| Third-Party Defendant | : | |



## ORDER

**AND NOW**, to wit, this ____ day of _____, 2005, the foregoing Motion of Gaming Entertainment for leave to make Greg Dale a third-party defendant in this action according to the proposed third-party complaint attached to the motion, and the consent thereto by the parties having been duly noticed,

Therefore, **IT IS ORDERED** that:

    1.    The motion is **GRANTED**;

    2.    Leave is given to the moving defendant/third-party plaintiff to make Greg Dale a party to this action as third-party defendant in accordance with the third-party complaint;

3. The Clerk of this Court will issue a summons and deliver it to the moving defendant/third-party plaintiff for service on the third-party defendant along with a copy of the third-party complaint as shown in the attachment to the motion; and

_____
U.S. District Judge

Date: Oct. 3, 2005