# UNITED STATES DISTRICT COURT
## District of Delaware

PLAINTIFF

Ronesha Davidson, as Administrator
of the Estate of Ronald Peoples

**THIRD PARTY SUMMON IN A
CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Case Number: 05-CV-00468-GMS

Harrington Raceway, Inc. a Delaware
Corporation, d/b/a Midway Slots and
Simulcast, a Delaware Corporation and
Gaming Entertainment (Delaware), L.L.C.
a Delaware Limited Liability Company

V. THIRD PARTY DEFENDANT

Greg Dale

To: Name and address of Third Party Defendant

Greg Dale
224 Columbia Lane
Stevensville, MD 21666

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | : | DEFENDANT AND THIRD PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|---|
| | : | |
| William W. Erhart, P.A. | : | Michael K. Tighe |
| 800 King Street, Suite 302 | : | First Federal Plaza, Suite 500 |
| P.O. Box 234 | : | P.O. Box 1031 |
| Wilmington, DE 19801 | : | Wilmington, DE 19899-1031 |

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answer or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

Page 2 in folder marked district court