**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-CV-00468-GMS |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : : : : | |
| Defendants, | : : | THIRD-PARTY COMPLAINT |
| Gaming Entertainment, L.L.C., a Delaware Limited Liability Company | : : : | |
| Third Party Plaintiff, v. | : : : | |
| Greg Dale   Third Party Defendant. | : : : : | |

**<u>GAMING ENTERTAINMENT'S THIRD-PARTY COMPLAINT</u>**

1.     Plaintiff Ronesha Davidson, as Administrator of the Estate of Ronald Peoples, has filed against Harrington Raceway, Inc. and Gaming Entertainment, L.L.C., a complaint, a copy of which is hereto attached as Exhibit A.

2.     Defendant/third-party plaintiff, Gaming Entertainment (Delaware), L.L.C., is currently and at all relevant times herein a Delaware Limited Liability Company, whose registered agent is The Corporation Trust Company at 1209 Orange Street,

Wilmington, DE 19801 and has a place of business at U. S. Route 13, Harrington, Delaware 19952 and a mailing address of P.O. Box 310, Harrington, DE 19952.

3.  Third-party defendant, Greg Dale, is a resident of the State of Maryland who, upon information and belief, resides at 224 Columbia Lane, Stevensville, Maryland 21666.

4.  The Plaintiff's complaint alleges that on or about July 17, 2003, Ronald Peoples attended the video lottery facility on US 13, Harrington, Delaware, as a business invitee.

5.  Plaintiff's complaint alleges that at sometime after mid-night on July 17, 2003, while Ronald Peoples was sitting in a chair playing a slot machine in the Casino, employees, servants or agents of the Defendants were chasing an individual in the Casino, whom they caused, by grabbing, pulling and tackling, to fall into and injure Ronald Peoples who was knocked off his chair and into a metal chair (hereinafter known as the "incident").

6.  Greg Dale is the individual whom the Plaintiff's allege made contact with Mr. Peoples on the night of the alleged incident, thereby knocking him from his chair and directly causing the alleged injuries to Mr. Peoples.

7.  The conduct of Greg Dale, if proven as alleged in Plaintiff's complaint, was negligent by breaching his duty to exercise reasonable care with regard to the safety of the public in that Greg Dale behaved recklessly and inappropriately on the night of the alleged incident.

8.  The conduct of Greg Dale, if proven as alleged in the Plaintiff's complaint, was wanton, willful, and reckless in that he could foresee the harm potentially caused

by him running through a crowed area of the casino on the night of the alleged incident.

9. Plaintiff's complaint further alleges that as a result of the events which occurred as described in Plaintiff's complaint, Mr. Peoples was severely injured, requiring 69 days of hospitalization because of deep vein thrombosis and obstruction, infection, and renal dysfunction, which resulted in the need for surgery and dialysis, all related to the trauma and incurred medical expenses in the approximate amount of $250,000.00.

### Indemnification

Defendant/third-party plaintiff deny that it is liable to the plaintiff in any respect. However, in the event that the Defendant/third-party plaintiff is held liable to the plaintiff, then it claims against third-party defendant, Mr. Greg Dale, on the grounds that the conduct of the third-party defendant, Mr. Greg Dale, was the primary cause of the damage sustained by the plaintiff and the Defendant/third-party plaintiff, if liable at all, is only secondarily liable. Defendant/third-party plaintiff, therefore, is entitled to indemnification from third-party defendant, Mr. Greg Dale.

### Contribution

In the event that the Defendant/third-party plaintiff is held primarily liable to the plaintiff, then the alleged wrongful acts of third-party defendant, Mr. Greg Dale, are contributing causes of the damages sustained by the plaintiff and the Defendant/third-party plaintiff is entitled to contribution in any amount which it may be required to pay to the plaintiff as a result of the third-party defendant, Greg Dale's wrongful acts, based on the relative degrees of fault determined pursuant to the provisions of Delaware's

Uniform Contribution Among Tortfeasor's Law, 10 Del. C. § 6301.

WHEREFORE, third-party plaintiff, Gaming Entertainment, L.L.C., demands judgment against third-party defendant Greg Dale for all sums that may be adjudged against defendant Gaming Entertainment in favor of plaintiff Ronesha Davidson, or in the alternative that third-party plaintiff be indemnified by the third-party defendant, together with costs of this action.

**TIGHE, COTTRELL & LOGAN, P.A.**

  /s/   Michael K. Tighe
Michael K. Tighe (DE ID 29)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorney for Defendants

Dated: September 28, 2005