**UNITED STATES DISTRICT COURT**
**District of Delaware**

PLAINTIFF

Ronesha Davidson, as Administrator
of the Estate of Ronald Peoples

**THIRD PARTY SUMMON IN A
CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Case Number: 05-CV-00468-GMS

Harrington Raceway, Inc. a Delaware
Corporation, d/b/a Midway Slots and
Simulcast, a Delaware Corporation and
Gaming Entertainment (Delaware), L.L.C.
a Delaware Limited Liability Company

V. THIRD PARTY DEFENDANT

Greg Dale

To: Name and address of Third Party Defendant

Greg Dale
224 Columbia Lane
Stevensville, MD 21666

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| William W. Erhart, P.A.<br>800 King Street, Suite 302<br>P.O. Box 234<br>Wilmington, DE 19801 | Michael K. Tighe<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899-1031 |

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answer or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         10/27/05
_____          _____
CLERK                                                         DATE

_E. L. Strickler_
(By) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

DATE: October 28, 2005

NAME OF SERVER: Philip Antes

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Secretary of State of Delaware, 401 Federal Street, Dover DE 19904. Service accepted by Martina Martin at 3:54 p.m.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 28, 2005
Signature of Server: [signature]

Address of Server: 32 Loockerman Sq, Ste 109, Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# TIGHE, COTTRELL & LOGAN COPY REQUEST FORM

PAT _____    **658-6400**

DATE: 10/28/05            REF/FILE #: 8561

DUE: 10/31/05 AM/**PM**      # OF COPIES: ___

## COPY

____ ALL
____ SELECTED
____ STAPLE/CLIP AS ORIG.
____ STAPLE ONLY
____ CLIP/RUBBERBAND ONLY

## TABS

____ AS ORIG.
____ PROVIDED
____ IGNORE
____ COPY:
     WHITE/COLOR

## SLIPSHEETS

____ AS ORIG.
____ IGNORE

## SERVICE

**X** HAND
____ REG. MAIL
____ CERTIFIED MAIL
____ EXPRESS MAIL
____ FAX
____ FED EX
____ E-MAIL
____ OTHER: _____

## FILING

FILE BY: _____ AM/PM
NEXT DAY RETURN FOR FILING AFTER 5PM

## OVERSIZE

____ AS ORIG.
____ REDUCE:
     LETTER/LEGAL

## BINDING

____ ORIG.
____ COPIES
____ GBC
____ VELO
____ BINDERS

RECEIVED 2005 OCT 28 PM 3:54 DIVISION OF CORPORATIONS DEPARTMENT OF STATE

## 3-HOLE PUNCH

____ ORIG.
____ COPIES

## BATES LABEL

_____ START #

## COLOR

____ COLOR
____ B/W

## SPECIAL INSTRUCTIONS

Serve ^DELAWARE Secretary of State at Division of Corporations, John G Townsend Bldg 401 Federal Street - Suite 4 Dover DE 19904

Bring back return of service (Enclosed)

## PARCELS COPY CENTER 658-0900