IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as<br>Administrator of the Estate of<br>Ronald Peoples | : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : | C.A. No. 05-CV-00468-GMS |
| v. | : <br> : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc.<br>a Delaware Corporation,<br>d/b/a/ Midway Slots<br>and Simulcast,<br>a Delaware Corporation<br>and Gaming Entertainment<br>(Delaware), L.L.C., a Delaware<br>Limited Liability Company | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants, | : <br> : | |
| Gaming Entertainment, L.L.C., a<br>Delaware Limited Liability Company | : <br> : <br> : | |
| Third Party Plaintiff,<br>v. | : <br> : <br> : | |
| Greg Dale | : <br> : | |
| Third Party Defendant. | : <br> : | |

**AFFIDAVIT OF MICHAEL K. TIGHE**

**STATE OF DELAWARE**          :
                               : SS.
**NEW CASTLE COUNTY**          :

BE IT SO REMEMBERED, that on this 1st day of December 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid,

1. That he is the attorney for the Third Party Plaintiff in the above entitled action.

2. That on November 1, 2005, he caused to be mailed a registered notice to Third Party Defendant, Greg Dale.

3. That upon mailing said registered notice, he received a receipt which is attached hereto and made a part hereof.

4. That said registered letter provided notice to Greg Dale, that the original process and

complaint in the above entitled case have been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 Del. C. §3104, such service is effectual as it had been made upon him personally in the State of Delaware.

5. That on December 1, 2005, said registered letter was returned to him after three delivery attempts were made and the Third Party Defendant refused to claim said registered letter. The undelivered envelope is attached hereto and made part thereof.

/s/ Michael K. Tighe
Michael K. Tighe

Sworn to and subscribed before me the date and year aforesaid.

/s/ Matthew S. Lindauer

Notary Public

MATTHEW LINDAUER
ATTORNEY AT LAW WITH POWER
TO ACT AS NOTARY PUBLIC
PER 29 DEL. C. SEC.4323 (A)(3)