| Registered No. 669 249 598 | | Date Stamp |
|---|---|---|
| Reg. Fee 7.50 | | |
| Handling Charge | Return Receipt 1.75 | |
| Postage 1.06 | Restricted Delivery | |
| Received by | | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☒ Without Postal Insurance | Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM:** Tighe Cottrell + Logan
704 N King St
Suite 500
Wilmington DE 19801

**TO:** Greg Dale
224 Columbia Lane
Stevensville Maryland
21666

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®