

TIGHE, COTTRELL
& LOGAN, P.A.
2005 DEC -1  AM 9:49





TIGHE, COTTRELL & LOGAN, P.A.
*Attorneys at Law*
704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899

TO:
Greg Dale
224 Columbia Road
Stevensville, Maryland 21666

UNCLAIMED



RB 669 249 598 US




**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gres Dale
   224 Columbia Lane
   Stevensville Maryland
   21666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                   ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   RB 669 249 558 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540