IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONESHA DAVIDSON                )
                                )
            Plaintiff           )
                                )
      v.                        )       Civil Action No.  05-468 GMS
                                )
HARRINGTON RACEWAY, INC.        )
et al.                          )
            Defendant.          )

## ORDER

WHEREAS, on October 24, 2005, the third-party plaintiff, Gaming Entertainment,  filed a

Complaint against the third-party defendant, Greg Dale ("Dale") (D.I. 10);

WHEREAS, on November 11, 2005, a summons was returned executed as to Dale. (D.I. 11);

WHEREAS, Dale's answer to the third-party complaint was due on November 21,  2005,

and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by Dale;

IT IS HEREBY ORDERED that:

1.  The defendant will answer or otherwise respond to the Complaint within five (5) days of

the date of this Order.


January 6,  2006                          /s/  Gregory  M.  Sleet
                                         UNITED STATES DISTRICT JUDGE