# WILLIAM W. ERHART, P.A.
Attorney at Law
800 King Street, Suite 302
Wilmington, DE 19801

*Telephone: (302) 651-0113*
*Telecopier: (302) 651-0331*

**William W. Erhart**
**Laura Beth Taylor***                                                                                                **Admitted in PA & NJ only*

January 23, 2006

The Honorable Gregory M. Sleet
Lock Box 19
844 North King Street
Wilmington, DE 19801

      Re:    Ronald Peoples v. Harrington Raceway et. al.
                 C.A. No.: 05-468 (GMS)

Dear Judge Sleet:

      Please consider this request for a scheduling conference for this case. The case has languished because of Defendants' attempts to serve Greg Dale, the third-party defendant. The complaint was filed on or about July 6, 2005 and the answer on August 9, 2005.

      Thank you for your consideration.

                                                                   Respectfully yours,

                                                                   /s/ William W. Erhart
                                                                   William W. Erhart

WWE: rb
cc:    Michael K. Tighe, Esquire