IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONESHA DAVIDSON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-468 GMS |
| | ) | |
| HARRINGTON RACEWAY, INC. | ) | |
| et al. | ) | |
| | ) | |
| Defendants | ) | |

**<u>ORDER</u>**

WHEREAS, on October 24, 2005, the third-party plaintiff, Gaming Entertainment, filed a Complaint against the third-party defendant, Greg Dale ("Dale") (D.I. 10):

WHEREAS, on November 11, 2005, a summons was returned executed as to Dale (D.I. 11);

WHEREAS, Dale's answer to the Complaint was due on November 21, 2005;

WHEREAS, on January 6, 2006, the court entered an Order directing Dale to answer or otherwise respond to the Complaint within five (5) days of the date of the Order (D.I. 13); and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the third-party defendant, Greg Dale.

February 2, 2006                                    /s/ Gregory M. Sleet
                                                    UNITED STATES DISTRICT JUDGE