IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONESHA DAVIDSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-468 GMS |
| ) | |
| HARRINGTON RACEWAY, INC., et al. ) | |
| ) | |
| Defendants ) | |

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the third-party defendant Greg Dale on November 11, 2005, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: February 2, 2006                              /s/
                                                By: Marie McDavid, Deputy Clerk