## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : |
| Plaintiff, | : C.A. No. 05-468 GMS : |
| v. | : TRIAL BY JURY DEMANDED : |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : |
| Defendants | : |

## JOINT STATUS REPORT

This is the Joint Status Report of Plaintiff Ronesha Davidson and Defendants Harrington Raceway, Inc. and Gaming Entertainment for the Scheduling Conference of February 22, 2006 at 2:00 P.M.

1. **Jurisdiction and Service.** This Court has subject matter jurisdiction as the case involves citizens from different states. The incident occurred in the District of Delaware and both Harrington Raceway and Gaming Entertainment are Delaware citizens for purposes of diversity jurisdiction. Ronesha Davidson and her deceased father, Ronald Peoples, are and were citizens of Virginia. No other parties need to be served and no service defenses have been raised.

2. **Substance of the Action.** Ronald Peoples was a business invitee of Defendants when employees and agents of Defendants chased a man through the Casino operated by Defendants and tackled the man into Mr. Peoples as he sat at a slot

machine. Mr. Peoples was injured and spent several weeks in an intensive care unit and had several surgeries as a result of his injuries. Mr. Peoples suffered from sickle cell anemia prior to the assault and was a fragile plaintiff.

The Plaintiff asserts that the foot chase conducted by Defendants was unnecessary and unsafe to the public inside the Casino.

Defendant/Third Party Plaintiff asserts that an intoxicated patron ran from security personnel and may have bumped into Ronald Peoples.

3. **Identification of Issues.**

A. Liability of Defendants

B. Identity of culpable Defendants

C. Causation of Mr. People's injuries

D. Whether any duty was owed by Defendant/Third Party Plaintiff to Mr. Peoples where his injuries were caused by a third party.

E. Extent of Mr. Peoples' injuries and damages.

4. **Narrowing of Issues.**

5. **Relief.** Plaintiff seeks money damages for medical expenses and pain and suffering. Medical expenses for Mr. People's treatment are $265, 510.66.

6. **Amendment of Pleadings.** No amendment of pleadings is anticipated at this time by Plaintiff, but may be required based upon Defendants' unasserted affirmative defenses.

Defendant/Third Party Plaintiff asserts that the pleadings should be

amended to delete Harrington Raceway, Inc.  Gaming Entertainment is the party which was responsible for the operation of the facility where the events occurred which have given rise to this lawsuit.

    7.    **Joinder of Parties.**    Defendants have filed a Third-Party Complaint against an individual, Greg Dale.  Dale was the person who may have made contact with Mr. Peoples.  The Court has granted a default judgment against Mr. Dale.

    8.    **Discovery.**   Plaintiff anticipates requesting the production of Defendants' policies, training, personal records for the applicable employees, surveillance images, and the deposition of the eyewitnesses of the assault. A 30(b)(6) deposition is anticipated.

Discovery will take at least four months for Plaintiff to furnish a liability expert's report.

Defendant anticipates taking written discovery and deposing witnesses identified by Plaintiff.  Defendant further intends to depose any experts identified by Plaintiff.  Fact discovery can be completed in four months.

The parties believe it will take between sixty and ninety days to complete expert discovery.

    9.    **Estimated trial length.**    Four days.

    10.    **Jury trial.**    Trial by jury has been requested by Plaintiff and both Defendants.

    11.    **Settlement.**  There have been no settlement discussions. Referral to the Magistrate for mediation is appropriate.

    12.    **Other matters.**

13. Counsel for the parties have conferred about each of the above matters.

          William W. Erhart, P.A.

By:   /s/William W. Erhart
William W. Erhart, (DE ID 2116)
800 King Street, Suite 302
Wilmington, DE 19801
(302) 651-0113
(302) 651-0331 (facsimile)
erhartw@covad.net
Attorney for Plaintiff

Tighe, Cottrell & Logan

By:   /s/Michael K. Tighe
Michael K. Tighe (DE ID 29)
One Custom House, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
Attorney for Defendants

Date: February 15, 2006