**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as | : | |
| Administrator of the Estate of | : | |
| Ronald Peoples | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-468 GMS |
| | : | |
| v. | : | TRIAL BY JURY  DEMANDED |
| | : | |
| Harrington Raceway, Inc., a  Delaware | : | |
| Corporation, d/b/a Midway Slots and | : | |
| Simulcast, a Delaware Corporation | : | |
| and Gaming Entertainment | : | |
| (Delaware), L.L.C., a Delaware Limited | : | |
| Liability Company | : | |
| | : | |
| Defendants | : | |

<u>**CERTIFICATE OF SERVICE**</u>

        This will certify that a copy of the attached foregoing Plaintiff's First Set of Interrogatories

directed to Defendants has been served by William W. Erhart, Esquire upon the following counsel

on February 27, 2006.

**FIRST CLASS MAIL to:**

Michael Tighe, Esquire
Tighe Cottrell & Logan, P.A.
P.O. Box 1031
Wilmington, DE 19899-1031

                                                    William W. Erhart P.A.


                                                    <u>/s/ William W. Erhart</u>
                                                    William W. Erhart
                                                    800 King St., Ste. 302
                                                    Wilmington, DE 19801
                                                    Attorney for Plaintiff