## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as | : | C.A. No. 05-CV-00468-UNA |
| Administrator of the Estate of | : | |
| Ronald Peoples | : | TRIAL BY JURY DEMANDED |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Harrington Raceway, Inc. a Delaware | : | |
| Corporation, d/b/a/ Midway Slots and | : | |
| Simulcast, a Delaware Corporation | : | |
| and Gaming Entertainment | : | |
| (Delaware), L.L.C., a Delaware Limited | : | |
| Liability Company, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| Midway Slots and Simulcast, | : | |
| | : | |
| Defendant/Third Party | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Greg Dale | : | |
| | : | |
| Third Party Defendant. | : | |

### INITIAL DISCLOSURES OF THE DEFENDANTS
### PURSUANT TO FED. R. CIV. P. 26(a)(1)

The defendants, pursuant to Federal Rule of Civil Procedure 26(a)(1), submits these initial

disclosures based on information reasonably available to defendants at this time.  Defendants

explicitly reserve the right to modify, amend or supplement these initial disclosures in the event it

identifies or discovers further relevant information.

A.      **Individuals likely to have discoverable information that Defendants may use to**

**support its claims.**

Defendants reserve the right to supplement the list of persons identified below as a result of further investigation, discovery, or otherwise.  Defendants additionally reserve the right to rely upon information in the possession of any other person identified by the initial disclosures of other parties to this action.

William Tharp, Claims and Security Manager

Darrell Petett,

Brandy Shahan, Slot Shift Manager

Layton, Slot Attendant

Taylor, Security Officer

Writer, Security Officer

Charles Adams, Supervisor of Security

Kevin Carter, Security Officer

Officer St. Clair, Delaware State Police Troop 3, 3036 Upper King Rd., Dover, DE 19904, (302) 697-4454

Greg Dale, 224 Columbia Lane, Stevensville, MD 21666, (410) 643-0247

With the exception of Greg Dale and Officer St. Clair, the above are all present or past employees of Gaming Entertainment.

**B.      Documents, data, compilations and tangible things in the possession, custody or control of Defendant that Plaintiff may use to support its claims.**

Defendants reserve the right to supplement this response at such time as documents come to its attention as a result of further investigation, discovery, or otherwise. Defendants additionally reserve the right to rely upon documents identified by the initial disclosures of other parties to this

action.

Midway Slots & Simulcast Security Dept. Incident Report

Video footage of the incident

Medical records of Ronald Peoples

**C.      A computation of damages claimed**.

Defendants reserve the right to supplement this response at such time when damages have

been claimed by plaintiff.  Defendants also reserve the right to rely upon documents identified by

the initial disclosure of other parties to this action.


**D.      The existence of any insurance agreements under which any person or entity**

**carrying on an insurance business may be liable to satisfy part or all of the judgment that may**

**be entered in this case.**

Zurich's Commercial General Liability Insurance policy for Gaming Entertainment, policy

no. CPO-3673224


                                        **TIGHE, COTTRELL & LOGAN, P.A.**

                                          /s/   Michael K. Tighe
                                        Michael K. Tighe (DE ID 29)
                                        704 King Street, Suite 500
                                        One Customs House
                                        P.O. Box 1031
                                        Wilmington, DE  19899
                                        (302) 658-6400
                                        *Attorney for Defendants*

Dated: March 2, 2006