## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : | C.A. No. 05-CV-00468-UNA |
| | : | TRIAL BY JURY DEMANDED |
| Plaintiff, | : : | |
| v. | : : : | |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company, | : : : : : : : | |
| Defendants, | : : | |
| Midway Slots and Simulcast, | : : | |
| Defendant/Third Party Plaintiff | : : : : | |
| v. | : : | |
| Greg Dale | : : | |
| Third Party Defendant. | : | |

## CERTIFICATE OF SERVICE

I, MICHAEL K. TIGHE, ESQUIRE, hereby certify that a true and correct copy of the foregoing *Initial Disclosure of the Defendants Pursuant to Fed. R. Civ. P. 26(a)(1)* was served, by electronic mail on the following:

William W. Erhart
800 King Street, Suite 302
P.O. Box 234
Wilmington, DE 19801

                              **TIGHE, COTTRELL & LOGAN, P.A.**
                              /s/   Michael K. Tighe
                              Michael K. Tighe (DE I.D.# 29)
                              704 King Street, Suite 500
                              One Customs House
                              P.O. Box 1031
                              Wilmington, DE 19899
                              (302) 658-6400
                              *Attorney for Defendants*