**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as | : | |
| Administrator of the Estate of | : | |
| Ronald Peoples | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-468 GMS |
| | : | |
| v. | : | TRIAL BY JURY  DEMANDED |
| | : | |
| Harrington Raceway, Inc., a  Delaware | : | |
| Corporation, d/b/a Midway Slots and | : | |
| Simulcast, a Delaware Corporation | : | |
|  and Gaming Entertainment | : | |
| (Delaware), L.L.C., a Delaware Limited | : | |
| Liability Company | : | |
| | : | |
| Defendants | : | |

**INITIAL DISCLOSURES OF THE PLAINTIFF PURSUANT TO
FED. R. CIV. P. 26 (a)(1)**

Pursuant to Federal Rule of Civil Procedure 16 (a)(1), Plaintiff makes the

following disclosures, reasonably known to her at this time. Plaintiff reserves the right to

modify these disclosures as additional information may become known.

**A: Individuals likely to have discoverable information.**

Ronesha Davidson
5617 Beth Knal Green, Apt. E
Richmond, VA 23228

Trudy L. Rickman, M.D.
2621 Grove Avenue
Richmond, VA 23220

Linda P. Gunn
2400 Semmes Avenue
Richmond, VA 23225

William Tharp
Defendants' representative

Greg Dale
(address unknown to plaintiff)

**B. Documents and things in possession and control of Plaintiff that may be used to support its claims.**

Medical Records of Ronald Peoples

Medical invoices of Ronald Peoples

**C. Computation of damages.**

The medical invoices of Ronald Peoples are a category of special damages

The medical records of Ronald Peoples bear on the nature and extent of injuries

suffered

**D. Any insurance agreement liable to satisfy a judgment.**

On information and belief, Zurich Insurance may provide coverage to Defendants

for this matter.

William W. Erhart, P.A.

By:     /s/William W. Erhart
        William W. Erhart, Esquire, #2116
        800 King Street, Suite 302
        Wilmington, DE 19801
        (302) 651-0113
        (302) 651-0331 (facsimile)
        erhartw@covad.net
        Attorney for Plaintiff

Date:  March 3, 2006