IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-468 GMS |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

This will certify that a copy of the attached foregoing Plaintiff's Initial Disclosures has been served by William W. Erhart, Esquire upon the following counsel on March 3, 2006.

**FIRST CLASS MAIL to:**

Michael Tighe, Esquire
Tighe Cottrell & Logan, P.A.
P.O. Box 1031
Wilmington, DE 19899-1031

                William W. Erhart P.A.

                /s/ William W. Erhart
                William W. Erhart
                800 King St., Ste. 302
                Wilmington, DE 19801
                Attorney for Plaintiff