# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-CV-00468-UNA |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO:

    William Erhart
    800 King Street, Suite 302
    Wilmington, DE 19801

    PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Ronesha Davidson on Monday, April 24, 2006 at 10:00. a.m., and Linda P. Gunn at 11:00 a.m., in the offices of Tighe, Cottrell & Logan, One Custom House, 704 N. Market Street, Suite 500, Wilmington, Delaware.

                                                   TIGHE, COTTRELL & LOGAN

                                                   /s/ Michael K. Tighe
                                                   Michael K. Tighe (DE I.D. # 29)
                                                   One Customs House, Suite 500
                                                   P.O. Box 1031
                                                   Wilmington, DE  19899

Dated: March 7, 2006                 (302) 658-6400
cc: Esquire Deposition Service

Case 1:05-cv-00468-GMS    Document 30    Filed 03/16/2006    Page 2 of 2