IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-468 GMS |
| v. | : : | TRIAL BY JURY  DEMANDED |
| Harrington Raceway, Inc., a  Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

This will certify that a copy of the attached foregoing Plaintiff's Answers to Defendant Harrington Raceway's Interrogatories has been served by William W. Erhart, Esquire upon the following counsel on April 5, 2006.

**BY HAND to:**

Michael Tighe, Esquire
Tighe Cottrell & Logan, P.A.
First Federal Plaza
Wilmington, DE 19899-1031

                                          William W. Erhart P.A.

                                          /s/ William W. Erhart
                                          William W. Erhart
                                          800 King St., Ste. 302
                                          Wilmington, DE 19801
                                          Attorney for Plaintiff