# WILLIAM W. ERHART, P.A.
Attorney at Law
800 King Street, Suite 302
Wilmington, DE 19801

*Telephone: (302) 651-0113*
*Telecopier: (302) 651-0331*

**William W. Erhart**
**Laura Beth Taylor***                                                                                             **Admitted in PA & NJ only*

April 20, 2006

The Honorable Gregory M. Sleet
Lock Box 19
844 North King Street
Wilmington, DE 19801

      Re:    Davidson v. Harrington Raceway et. al.
                C.A. No.: 05-468 (GMS)

Dear Judge Sleet:

      This confirms the teleconference scheduled by the Court regarding the Defendants failure to respond to Plaintiff's propounded discovery for May 11, 2006 at 2:00 p.m. I will initiate the call.

      Thank you for your consideration.

                                                                                         Respectfully yours,

                                                                                         /s/ William W. Erhart
                                                                                         William W. Erhart

WWE: rb
cc:    Michael K. Tighe, Esquire