IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ronesha Davidson, As Administrator of the Estate of Ronald Peoples, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 05-468-GMS |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company, : : : : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **24th** day of **April, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, April 24, 2006 at 2:00 p.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE