**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-468 GMS |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants | : | |

**STIPULATION TO AMENDED COMPLAINT**

The parties to the above captioned action hereby stipulate to the amendment of the complaint to correct a typographical error in that the complaint alleges that the event occurred on July 17, 2003 when it actually occurred on July 19, 2003. The proposed amended complaint is attached as Exhibit "A".

| | |
|---|---|
| Tighe, Cottrell & Logan, P.A. | William W. Erhart, P.A. |
| By:  /s/Michael K. Tighe | By:   /s/William W. Erhart |
| Michael K. Tighe, Esquire # 29 | William W. Erhart, Esquire, #2116 |
| First Federal Plaza, Suite 500 | 800 King Street, Suite 302 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-6400 | (302) 651-0113 |
| (302) 658-9836 | (302) 651-0331 (facsimile) |
| m.tighe@lawtcl.com | erhartw@covad.net |
| Attorney for Defendants | Attorney for Plaintiff |

Date:   April 19, 2006