IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as<br>Administrator of the Estate of<br>Ronald Peoples | :<br>:<br>: | |
| | : | |
| Plaintiff, | : | C.A. No. 05-468 GMS |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Harrington Raceway, Inc., a Delaware<br>Corporation, d/b/a Midway Slots and<br>Simulcast, a Delaware Corporation<br>and Gaming Entertainment<br>(Delaware), L.L.C., a Delaware Limited<br>Liability Company | :<br>:<br>:<br>:<br>:<br>: | |
| | : | |
| Defendants | : | |

**NOTICE OF DEPOSITION**

Please take notice that the recorded deposition of Ralph Taylor will take place on Monday May 22, 2006 at 1:00 p.m. and on Friday May 26, 2006 at 1:00 p.m. in the offices of William W. Erhart, Esquire, at 800 North King Street, Suite 302 in Wilmington, DE.

        WILLIAM W. ERHART, P.A.

        /s/ William W. Erhart
        William W. Erhart (#2116)
        800 King Street, Suite 302
        Wilmington, DE 19801
        (302) 651-0113
Date: May 4, 2006        Attorney for Plaintiff.

cc:   Wilcox & Fetzer
      Ronesha Peoples Davidson

## CERTIFICATE OF SERVICE

This will certify that a copy of the attached foregoing has been served by William W. Erhart, Esquire upon the following counsel on May 4, 2006.

BY ELECTRONIC MAIL to:

Michael Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
704 North King Street
Wilmington, DE 19801

                                              WILLIAM W. ERHART, P.A.

                                              /s/ William W. Erhart
                                              William W. Erhart, (#2116)
                                              800 King Street, Suite 302
                                              Wilmington, DE 19801
                                              (302) 651-0113
                                              Attorney for Plaintiff.