## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as | : | |
| Administrator of the Estate of | : | |
| Ronald Peoples | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-CV-00468-UNA |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Harrington Raceway, Inc. a Delaware | : | |
| Corporation, d/b/a/ Midway Slots and | : | |
| Simulcast, a Delaware Corporation | : | |
| and Gaming Entertainment | : | |
| (Delaware), L.L.C., a Delaware Limited | : | |
| Liability Company | : | |
| | : | |
| Defendants/Third Party | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Gregg Dale, | : | |
| | : | |
| Third Party Defendant. | : | |

## NOTICE OF SERVICE

_____I, Michael K. Tighe, Esquire, do hereby certify that a true and correct copy of *Defendants*

*Response to Plaintiff's First Set of Interrogatories Directed to Defendants and Defendants'*

*Response to Plaintiff's First Request for Production of Documents* were served on this 9th day

of May, 2006 by hand delivery on the following:

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

/s/      Michael K. Tighe
Michael K. Tighe (DE I.D. # 29)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
*Attorneys for Defendant/Third Party Plaintiff*