# WILLIAM W. ERHART, P.A.
Attorney at Law
800 King Street, Suite 302
Wilmington, DE 19801

*Telephone: (302) 651-0113*
*Telecopier: (302) 651-0331*

**William W. Erhart**
**Laura Beth Taylor***                                                                           ***Admitted in PA & NJ only**

May 9, 2006

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
U.S. District Court
Lock Box 19
844 North King Street
Wilmington, DE 19801

      Re:    Davidson v. Harrington Raceway et. al.
                 C.A. No.: 05-468 (GMS)

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for May 11, 2006 at 2:00 p.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiff's Issues:**

Defendants have not answered Interrogatories.

No documents except for Plaintiff's medical records have been produced by Defendants.

Only an edited surveillance tape has been produced by Defendants of the incident.

Effect of delays upon completing discovery.

Thank you for your consideration.

                                                      Respectfully yours,

                                                      /s/ William W. Erhart
                                                      William W. Erhart

WWE: rb
cc:    Michael K. Tighe, Esquire
       Clerk of the Court