# TIGHE, COTTRELL & LOGAN, P.A.

ONE CUSTOM HOUSE
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
Toll Free: (800) 645-6401
WRITER'S EMAIL: m.tighe@lawtcl.com

BRANCH OFFICES:
AFFILIATED WITH
19 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098

110 WEST ROAD
SUITE 245
TOWSON, MD 21204

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804

May 9, 2006

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
U.S. District Court
Lock Box 19
844 North King Street
Wilmington, DE 19801

    RE:   Davidson v. Harrington Raceway et. al.
            C.A. No.: 05-468 (GMS)
            Our File No.: 8561

Dear Judge Sleet:

    I am in receipt of Mr. Erhart's letter to you of May 9, 2006 regarding discovery issues in this case. Mr. Erhart describes his letter as a joint submission. Mr. Erhart's letter is not a joint submission.

    It is not true that Defendant's have not answered interrogatories. Interrogatory answers were served on Mr. Erhart this morning.

    It is not true that "no documents except for Plaintiff's medical records have been produced by Defendants". Response to Plaintiff's Request for Production was served on Mr. Erhart this morning.

    With regard to the surveillance tape, a response to request for production indicates how that tape was put together. We are asking the Client to produce any additional tapes that exists.

    I attach an e-mail sent to me by Mr. Erhart on Monday, May 8, 2006 indicating that he intended to send the letter that he ultimately sent. I also attach my response indicating that discovery

responses were being served upon Mr. Erhart. That was in fact done by hand delivery.

Respectfully submitted,

TIGHE, COTTRELL & LOGAN

/s/Michael K. Tighe
Michael K. Tighe

MKT/jab
cc:   William W. Erhart, Esquire
      Clerk of the Court

## Michael Tighe

**From:** "Michael Tighe" <m.tighe@lawtcl.com>
**To:** "erhartw" <erhartw@covad.net>
**Cc:** "lashina parson" <l.parson@lawtcl.com>; "Matt Lindauer" <m.lindauer@lawtcl.com>; "thomas flanagan" <thomas.1.flanagan@zurichna.com>
**Sent:** Tuesday, May 09, 2006 9:13 AM
**Subject:** Re: Peoples/Davidson v Gaming Entertainment discovery dispute

Bill,

This morning, we will be serving upon you verified interrogatory answers and responses to requests for production. There will remain items to be provided which we are making a concerted effort to obtain and get to you. In addition, we are working out the confidentiality agreement covering the logs you requested. I apologize for the delay in responding to your discovery.

                      Mike

----- Original Message -----
**From:** erhartw
**To:** Tighe, Michael K.
**Sent:** Monday, May 08, 2006 6:13 PM
**Subject:** Peoples/Davidson v Gaming Entertainment discovery dispute

Mike:

Pursuant to the court's order I intend to send a letter by 2 pm tomorrow May 9 as follows:

Interrogatories have not been answered.
No documents except for P's medical records have been produced.
Only an edited surveillance tape has been produced.
Effect of delays

If you want something added to the agenda letter, please let me know.


William W. Erhart
William W. Erhart, P.A.
800 King Street, Suite 302
Wilmington, DE 19801
(302) 651-0113 (voice)
(302) 651-0331 (fax)

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail or by telephone (302) 651-0113 and delete this message and any copies or backups. Thank you.