IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-468 GMS |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants | : | |

**NOTICE OF DEPOSITION**

Please take notice that the recorded deposition of Charles Adams will take place on Friday June 16, 2006 at 1:00 p.m. in the offices of William W. Erhart, Esquire, at 800 North King Street, Suite 302 in Wilmington, DE.

        WILLIAM W. ERHART, P.A.

        /s/ William W. Erhart
        William W. Erhart (#2116)
        800 King Street, Suite 302
        Wilmington, DE 19801
        (302) 651-0113

Date: May 30, 2006         Attorney for Plaintiff.

cc:   Wilcox & Fetzer
      Ronesha Peoples Davidson

## CERTIFICATE OF SERVICE

This will certify that a copy of the attached foregoing has been served by William W. Erhart, Esquire upon the following counsel on May 30, 2006.

BY ELECTRONIC MAIL to:

Michael Tighe, Esquire
Tighe, Cottrell & Logan, P.A.
704 North King Street
Wilmington, DE 19801

                                      WILLIAM W. ERHART, P.A.

                                      /s/ William W. Erhart
                                      William W. Erhart, (#2116)
                                      800 King Street, Suite 302
                                      Wilmington, DE 19801
                                      (302) 651-0113
                                      Attorney for Plaintiff.