IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-CV-00468-UNA |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants/Third Party Plaintiff, | : : : | |
| v. | : : | |
| Gregg Dale, | : : | |
| Third Party Defendant. | : | |

### CERTIFICATE OF SERVICE

I, MICHAEL K. TIGHE, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Deposition was served by electronic mail, this 30th May, 2006, upon the following:

William W. Erhart, Esquire
William W. Erhart, P.A.
800 King Street, Suite 302
P.O. Box 234
Wilmington, DE 19899-0234

**TIGHE, COTTRELL & LOGAN, P.A.**
  /s/   Michael K. Tighe
Michael K. Tighe (DE ID 29)