## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ronesha Davidson, As Administrator of the Estate of Ronald Peoples, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 05-468-GMS |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company, | : : : : : : : |
| Defendants. | : |

### ORDER

At Wilmington this **14th** day of **June, 2006**,

IT IS ORDERED that the mediation conference has been rescheduled to **Tuesday, September 12, 2006 at 10:00 a.m.** Supplemental statements of no more than **five (5) pages, double-spaced, 12 pt. font** are permitted to be submitted on or before **Thursday, August 31, 2006**. All other provisions of the Court's April 5, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE