**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : : : : | |
| Plaintiff, | : : | C.A. No. 05-CV-00468-UNA |
| v. | : : | TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc. a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : : : : : : : | |
| Defendants/Third Party Plaintiff | : : : | |
| v. | : : | |
| Gregg Dale, | : : | |
| Third Party Defendant. | : | |

**NOTICE OF SERVICE**

I, Michael K. Tighe, Esquire, do hereby certify that a true and correct copy of *Defendants' Answers to Second Set of Interrogatories Directed to Defendants* was served via U.S. mail on this 23rd day of June, 2006 on the following:

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**
/s/ Michael K. Tighe
Michael K. Tighe (DE I.D. # 29)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
*Attorney for Defendants/Third Party Plaintiff*