IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ronesha Davidson, As Administrator of the Estate of Ronald Peoples, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 05-468-GMS |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company, | : : : : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **8th** day of **September, 2006**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, September 12, 2006 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Monday, September 18, 2006 at 8:00 a.m.** with Judge Thynge to discuss the rescheduling of the mediation.  **Michael K. Tighe, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE