IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ronesha Davidson, as : | | |
| Administrator of the Estate of : | | |
| Ronald Peoples : | | |
| : | | |
| Plaintiff, : | | C.A. No. 05-CV-00468-UNA |
| : | | |
| v. : | | TRIAL BY JURY DEMANDED |
| : | | |
| Harrington Raceway, Inc. a Delaware : | | |
| Corporation, d/b/a/ Midway Slots and : | | |
| Simulcast, a Delaware Corporation : | | |
| and Gaming Entertainment | | |
| (Delaware), L.L.C., a Delaware Limited : | | |
| Liability Company | | |
| : | | |
| Defendants/Third Party : | | |
| Plaintiffs, | | |
| : | | |
| v. : | | |
| : | | |
| Gregg Dale, : | | |
| : | | |
| Third Party Defendant. : | | |

**NOTICE OF SERVICE**

_____I, Michael K. Tighe, Esquire, do hereby certify that a true and correct copy of Supplemental Report of Ira S. Somerson dated September 11, 2006 pursuant to Rule 26 were served on this 15th day of September, 2006 by electronically filing and Via Facsimile to the following:

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington, DE 19801

**TIGHE, COTTRELL & LOGAN, P.A.**

/s/    Michael K. Tighe
Michael K. Tighe (DE I.D. # 29)
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 658-6400
*Attorneys for Defendant/Third Party Plaintiff*

Case 1:05-cv-00468-GMS   Document 60   Filed 09/15/2006   Page 2 of 2