**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Ronesha Davidson, as | : | |
| Administrator of the Estate of | : | |
| Ronald Peoples | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-CV-00468 (GMS) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Harrington Raceway, Inc. a Delaware | : | |
| Corporation, d/b/a/ Midway Slots and | : | |
| Simulcast, a Delaware Corporation | : | |
| and Gaming Entertainment | : | |
| (Delaware), L.L.C., a Delaware Limited | : | |
| Liability Company | : | |
| | : | |
| Defendants. | : | |

**OFFER OF JUDGMENT**

TO:   William W. Erhart, Esquire
      800 King Street, Suite 302
      P.O. Box 234
      Wilmington, DE 19899-0234

   Pursuant to Federal Rule of Civil procedure 68, Defendants hereby offer to allow judgment to be taken against them in favor of Plaintiff in the amount of $125,001.00 together with costs accrued to date.

                                    TIGHE, COTTRELL & LOGAN, P.A.


                                    BY: /s/Michael K. Tighe
                                        Michael K. Tighe
                                        One Custom House
                                        P.O. Box 1031
                                        Wilmington, DE  19801
                                        302-658-6400
                                        Attorney for Defendants

DATED: October 9, 2006