IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ronesha Davidson, as Administrator of the Estate of Ronald Peoples | : |
| Plaintiff, | : C.A. No. 05-CV-00468 (GMS) |
| v. | : TRIAL BY JURY DEMANDED |
| Harrington Raceway, Inc., a Delaware Corporation, d/b/a/ Midway Slots and Simulcast, a Delaware Corporation and Gaming Entertainment (Delaware), L.L.C., a Delaware Limited Liability Company | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, and subject to approval by the Court, that plaintiff's claims against the defendants are hereby dismissed with prejudice.

| | |
|---|---|
| **Tighe & Cottrell, P.A.** | **William W. Erhart, P.A.** |
| /s/ Michael K. Tighe | /s/ William W. Erhart |
| Michael K. Tighe, Esq. | William W. Erhart, Esq. |
| 704 N. King Street, Suite 500 | 800 King Street, Suite 302 |
| Wilmington, DE 19899 | P.O. Box 234 |
| Attorney for the Defendant | Wilmington, DE 19899 |
| | Attorney for the Plaintiff |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
J.